***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted September 29, affirmed November 1, 2023

In the Matter of the Adoption of B. L. R., fka B. M., a Minor Child.

J. L. R.
and B. N. R.,
*Petitioners-Respondents,*

*v.*

J. D. M.,
*Respondent-Appellant.*

Washington County Circuit Court
22AP00943; A181402

George W. Kelly filed the brief for appellant.

Andrew W. Newsom filed the brief for respondents.

Before Egan, Presiding Judge, and Kamins, Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed. *Ellis v. Kristich*, 192 Or App 213, 84 P3d 1101 (2004).